UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEVERN SIMS and AARON GEORGES
Individually, and on behalf of others similarly
situated,

               Plaintiffs,

v.                                               Case No. : 8:16-cv-3382-T-36JSS

UNATION, LLC, a for profit corporation,
and GEORGE BEARDSLEY, individually,

               Defendants.
_____/

## JOINT REPORT REGARDING SETTLEMENT

Pursuant to the Court's *Scheduling Order* dated January 4, 2017 (Dkt.15) and this Court's Order July 19, 2017 (Dkt. 47) the Parties respectfully file their Joint Report Regarding Settlement and state as follows:

The Parties have exhausted all settlement efforts. The Parties have a Case Management Conference scheduled for July 31, 2017 at 2:30 p.m.

Dated this 26th day of July, 2017.

Respectfully submitted,

| /s/ *Marc R. Edelman* | /s/*John J. Agliano* |
|---|---|
| Marc R. Edelman, Esq. | John J. Agliano, Esq. |
| Fla. Bar No. 0096342 | Fla. Bar No. 0503150 |
| MEdelman@forthepeople.com | John.Agliano@bajocuva.com |
| MORGAN & MORGAN | BAJO, CUVA, COHEN and TURKEL |
| 201 N. Franklin Street, #700 | 100 N. Tampa Street Suite 1900 |
| Tampa, FL 33602 | Tampa, Florida 33602 |
| Telephone 813-223-5505 | Telephone (813) 443-2199 |
| Fax: 813-257-0572 | Fax: (813) 443-2193 |
| Attorney for Plaintiffs | Attorneys for Defendants |